IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| ROBERT BERRY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARILY SITUATED, | § § § § | |
| Plaintiff, | § § | Civil Action No. No. 3:17-cv-00304-JFA |
| VS. | § § § | |
| WELLS FARGO & COMPANY, WELLS FARGO CLEARING SERVICES, LLC, and WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC, and DOES 1 thru 50, | § § § § § § § | |
| Defendants. | § | |

## MOTION FOR CLASS CERTIFICATION

Plaintiff Robert Berry ("Plaintiff") respectfully submits this Motion for Class Certification ("Motion") and respectfully requests an Order pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) certifying this action as a class action on behalf of the "Class" as defined in the [Proposed] Order Granting Plaintiff's Motion for Class Certification; (2) appointing Plaintiff to serve as Class Representative; and (3) appointing Plaintiff's counsel—Ajamie LLP, Motley Rice LLC, and Izard, Kindall & Raabe, LLP—to serve as Class Counsel in this litigation.

This Motion is based upon the accompanying Memorandum of Law, Declaration, and exhibits, the pleadings and records on file in this case, and such other matters and argument as the Court may consider.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.02

Pursuant to Local Rule 7.02, counsel for Plaintiff certifies that, prior to filing the foregoing motion, they conferred with Defendants' counsel and attempted in good faith to resolve the matter

contained in the Motion. However, the parties were unable to resolve this matter absent Court intervention.

DATED: March 1, 2018                    Respectfully submitted,

                                        By:   */s/ William S. Norton*
                                                William S. Norton (D.S.C 11343)
                                                Erin C. Williams (D.S.C. 12282)
                                                MOTLEY RICE LLC
                                                28 Bridgeside Boulevard
                                                Mount Pleasant, SC  29464
                                                Telephone:  (843) 216-9000
                                                Facsimile:   (843) 216-9450
                                                bnorton@motleyrice.com
                                                ecwilliams@motleyrice.com

                                                William H. Narwold (D.S.C 73977)
                                                Mathew P. Jasinski (admitted *pro hac vice*)
                                                MOTLEY RICE LLC
                                                27 Church Street, 17th Floor
                                                Hartford, CT  06103
                                                Telephone:  (860) 882-1681
                                                Facsimile:   (860) 882-1682
                                                bnarwold@motleyrice.com
                                                mjasinski@motleyrice.com

                                                Thomas R. Ajamie (admitted *pro hac vice*)
                                                David S. Siegel (admitted *pro hac vice*)
                                                John S. Edwards, Jr. (admitted *pro hac vice*)
                                                AJAMIE LLP
                                                Pennzoil Place - South Tower
                                                711 Louisiana, Suite 2150
                                                Houston, TX  77002
                                                Telephone:  (713) 860-1600
                                                Facsimile:   (713) 860-1699
                                                tajamie@ajamie.com
                                                dsiegel@ajamie.com
                                                jedwards@ajamie.com

- 3 -

                                      Mark P. Kindall (admitted *pro hac vice*)
                                      Douglas P. Needham (admitted *pro hac vice*)
                                      IZARD, KINDALL & RAABE, LLP
                                      29 South Main Street, Suite 305
                                      West Hartford, Connecticut 06107
                                      Telephone: 860-493-6292
                                      mkindall@ikrlaw.com
                                      dneedham@ikrlaw.com

                                      **ATTORNEYS FOR PLAINTIFF**

- 4 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ William S. Norton*
William S. Norton