IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Robert Berry, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Wells Fargo & Company, Wells Fargo Clearing Services, LLC, and Wells Fargo Advisors Financial Network, LLC, and Does 1 thru 50,<br><br>Defendants. | Civil Action No. 3:17-cv-00304<br><br><br><br>**ORDER** |

This matter comes before this Court on the parties Joint Motion to Vacate Deadlines and Stay Proceedings. (ECF No. 107). The Court has been informed that the parties to this action have reached a settlement in principle to resolve all claims in this certified class action, however, the parties seek to stay the case until they can finalize the settlement terms. (ECF No. 107).

This Court orders that this action will be stayed for 60 days and the parties shall submit a Motion for Preliminary Approval of the Settlement by December 30, 2019. The Court vacates all current and remaining deadlines, including the operative scheduling order (ECF No. 103) and the order extending the briefing schedule for Plaintiff's Motion for a Protective Order and to Quash Subpoenas (ECF No. 106). Accordingly, this Court grants the parties Joint Motion to Stay the Proceedings. (ECF No. 107).

IT IS SO ORDERED.

November 5, 2019
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge