IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| ROBERT BERRY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiff, | § § | Civil Action No. No. 3:17-cv-00304-JFA |
| VS. | § § | |
| WELLS FARGO & COMPANY, WELLS FARGO CLEARING SERVICES, LLC, and WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC, and DOES 1 thru 50, | § § § § § § | |
| Defendants. | § § | |

## JOINT MOTION TO EXTEND DEADLINES AND CONTINUE STAY

On October 30, 2019, Plaintiff Robert F. Berry ("Plaintiff") and Defendants Wells Fargo & Company, Wells Fargo Clearing Services, LLC f/k/a Wells Fargo Advisors, LLC, and Wells Fargo Advisors Financial Network LLC (collectively, "Defendants") reached a settlement-in-principle to resolve all claims in this certified class action.

On November 5, 2019, the Court ordered that this action be stayed for 60 days, and set a December 30, 2019 deadline for the parties to submit a Motion for Preliminary Approval of the Settlement. (ECF No. 109.) On December 30, 2019, the Court further extended the deadline to January 21, 2019 for the parties to submit a Motion for Preliminary Approval of the Settlement. (ECF No. 110.)

Since that time, the parties have worked to finalize settlement terms. While the parties expect to complete that agreement, they require additional time to finalize the language in their settlement agreement, and prepare a motion for preliminary approval under Federal Rule of Civil Procedure 23(e) that incorporates those finalized terms.

Accordingly, the parties jointly request that the Court continue its stay of this action for an additional 10 days, and extend the deadline for the parties to submit a Motion for Preliminary Approval of the Settlement until January 31, 2020.

|  | Respectfully submitted, |
|---|---|
| By: */s/ Adam N. Yount* | By: */s/ William S. Norton* |
| Adam N. Yount | William S. Norton (D.S.C 11343) |
| Robert Y. Knowlton | Erin C. Williams (D.S.C. 12282) |
| Pierce T. MacLennan | MOTLEY RICE LLC |
| HAYNSWORTH SINKLER BOYD, P.A. | 28 Bridgeside Boulevard |
| 134 Meeting Street, Third Floor | Mount Pleasant, SC  29464 |
| P.O. Box 340 | Telephone:  (843) 216-9000 |
| Charleston, SC  29402-0340 | Facsimile:   (843) 216-9450 |
| Telephone: (843) 722-3366 | bnorton@motleyrice.com |
| Facsimile:  (843) 722-2266 | ecwilliams@motleyrice.com |
| ayount@hsblawfirm.com |  |
| bknowlton@hsblawfirm.com | William H. Narwold (D.S.C 73977) |
| pmaclennan@hsblawfirm.com | Mathew P. Jasinski (admitted *pro hac vice*) |
|  | MOTLEY RICE LLC |
| Frederick T. Smith (*pro hac vice*) | 27 Church Street, 17th Floor |
| SEYFARTH SHAW LLP | Hartford, CT  06103 |
| 1075 Peachtree Street N.E., Suite 2500 | Telephone:  (860) 882-1681 |
| Atlanta, GA 30309 | Facsimile:   (860) 882-1682 |
| Telephone: (404) 888-1021 | bnarwold@motleyrice.com |
| Facsimile:  (404) 892-7056 | mjasinski@motleyrice.com |
| fsmith@seyfarth.com |  |
|  | Thomas R. Ajamie (admitted *pro hac vice*) |
| Amanda A. Sonneborn (*pro hac vice*) | David S. Siegel (admitted *pro hac vice*) |
| Samuel Schwartz-Fenwick (*pro hac vice*) | John S. Edwards, Jr. (admitted *pro hac vice*) |
| Megan E. Troy (*pro hac vice*) | AJAMIE LLP |
| SEYFARTH SHAW LLP | Pennzoil Place - South Tower |
| 233 S. Wacker Drive, Suite 8000 | 711 Louisiana, Suite 2150 |
| Chicago, IL 60606 | Houston, TX  77002 |
| Telephone: (312) 460-5000 | Telephone:  (713) 860-1600 |
| Facsimile:  (312) 460-7000 | Facsimile:   (713) 860-1699 |
| asonneborn@seyfarth.com | tajamie@ajamie.com |
| cbusey@seyfarth.com | dsiegel@ajamie.com |
|  | jedwards@ajamie.com |
| **ATTORNEYS FOR DEFENDANTS** |  |
|  | Mark P. Kindall (admitted *pro hac vice*) |
|  | Douglas P. Needham (admitted *pro hac vice*) |
|  | IZARD, KINDALL & RAABE, LLP |
|  | 29 South Main Street, Suite 305 |
|  | West Hartford, Connecticut 06107 |
|  | Telephone: 860-493-6292 |
|  | mkindall@ikrlaw.com |
|  | dneedham@ikrlaw.com |

--

--

**ATTORNEYS FOR PLAINTIFF**

--