IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| ROBERT BERRY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiff, | § § | Civil Action No. 3:17-cv-00304-JFA |
| VS. | § § § | |
| WELLS FARGO & COMPANY, WELLS FARGO CLEARING SERVICES, LLC, and WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC, and DOES 1 thru 50, | § § § § § § § | |
| Defendants. | § | |

## **PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Plaintiff Robert F. Berry ("Plaintiff" or "Class Representative"), on his own behalf and on behalf of the Settlement Class (collectively, "Plaintiffs"), moves for an order under Rule 23(e) of the Federal Rules of Civil Procedure: (a) preliminarily approving a proposed class action settlement (the "Proposed Settlement") on the terms set forth in the Class Action Settlement Agreement, dated January 31, 2020 ("Settlement Agreement");[1] (b) certifying the Settlement Class defined therein for settlement purposes; (c) approving the proposed methods of disseminating notice to the Settlement Class; (d) setting a date for the final settlement hearing; and (e) such other and further relief as this Court deems just and proper.

The Proposed Settlement, which is the product of intensive arm's-length negotiations, would resolve the claims brought by Plaintiff concerning forfeited deferred compensation in the Wells Fargo Advisors, LLC Performance Award Contribution & Deferral Plan (the "Deferral

---

[1] The Settlement Agreement is attached as Exhibit A to the memorandum of law in support of this Motion.

Plan"). This motion is based upon the Settlement Agreement and related settlement exhibits; the accompanying memorandum of law in support of this motion; all of the prior pleadings in this case; and such additional evidence or argument as may be presented to or required by the Court.

A proposed Order Preliminarily Approving Settlement Class and Settlement and Providing for Notice is also submitted herewith.

Respectfully submitted,

By: */s/ William S. Norton*
William S. Norton (D.S.C 11343)
Erin C. Williams (D.S.C. 12282)
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
bnorton@motleyrice.com
ecwilliams@motleyrice.com

William H. Narwold (D.S.C 73977)
Mathew P. Jasinski (admitted *pro hac vice*)
MOTLEY RICE LLC
27 Church Street, 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1681
Facsimile: (860) 882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Thomas R. Ajamie (admitted *pro hac vice*)
David S. Siegel (admitted *pro hac vice*)
John S. "Jack" Edwards, Jr. (admitted *pro hac vice*)
AJAMIE LLP
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
tajamie@ajamie.com
dsiegel@ajamie.com

2

jedwards@ajamie.com

Mark P. Kindall (admitted *pro hac vice*)
Douglas P. Needham (admitted *pro hac vice*)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, Connecticut 06107
Telephone: 860-493-6292
mkindall@ikrlaw.com
dneedham@ikrlaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on January 31, 2020, the foregoing was served through this Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

        */s/ William S. Norton*
        William S. Norton