IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| ROBERT BERRY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiff, | § | Civil Action No. 3:17-cv-00304-JFA |
| VS. | § § § | |
| WELLS FARGO & COMPANY, WELLS FARGO CLEARING SERVICES, LLC, and WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC, and DOES 1 thru 50, | § § § § § § | |
| Defendants. | § § | |

**PLAINTIFF'S MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Robert Berry ("Class Representative") will move this Court on June 15, 2020, at 10:00 a.m., before the Honorable Joseph F. Anderson, Jr. for entry of the [Proposed] Final Approval Order and Judgment attached hereto, under Rule 23(e) of the Federal Rules of Civil Procedure, approving the proposed Settlement, including its plan of allocation, as fair, reasonable, and adequate.[1]

---

[1] On April 22, 2020, Plaintiff filed an Unopposed Motion to Conduct Settlement Hearing by Videoconference or, Alternatively, Teleconference (ECF No. 133), citing several instances where courts have recently granted such relief. Federal courts continue to hold hearings remotely by videoconference. *See, e.g.*, *Abouzied v. Applied Optoelectronics, Inc.*, No. 4:17-cv-02399 (S.D. Tex. May 1, 2020) (ECF No. 140) ("Motion hearing set for ZOOM conference"); *Cambria Cty. Emp. Retir. Sys. v. Venator Materials PLC*, No. 4:19-cv-03464 (S.D. Tex. Apr. 23, 2020) (ECF No. 72) ("Due to the unique circumstances presented by the COVID-19 pandemic, the hearing will be by videoconference."); *In re Vale, S.A. Sec. Litig.*, Case No. 15 Civ. 9539 (GSW) (S.D.N.Y. Apr. 21, 2020) (ECF No. 196) ("Order Confirming That Final Settlement Hearing Scheduled for June 10, 2020 Will Be Conducted By Telephone").

This motion is based on:

(1) the Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Class Action Settlement;

(2) the Joint Declaration of Mathew P. Jasinski, John S. Edwards, Jr., and Douglas P. Needham in Support of Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation and Class Counsel's Motion for an Award of Attorneys' Fees, Costs, and Expenses, and Incentive Award To Plaintiff;

(3) the Declaration of Abigail Schwartz for Rust Consulting, Inc.;

(4) the Declaration of Robert Berry in Support of (1) Plaintiff's Motion for Final Approval of Class Action Settlement; and (2) Class Counsel's Motion for Attorneys' Fees, Costs, and Expenses, and Case Contribution Award to Class Representative;

(5) the Class Action Settlement Agreement; and

(6) all other proceedings herein.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.02

Pursuant to Local Rule 7.02, Class Counsel certify that, prior to filing the foregoing motion, they conferred with Defendants' counsel. Defendants consent to the relief sought in the motion. The attached memorandum of law, however, has been prepared solely by Class Counsel.

DATED: May 1, 2020                              Respectfully submitted,


                                                By:   */s/ William S. Norton*
                                                      William S. Norton (D.S.C 11343)
                                                      Erin C. Williams (D.S.C. 12282)
                                                      MOTLEY RICE LLC
                                                      28 Bridgeside Boulevard
                                                      Mount Pleasant, SC  29464
                                                      Telephone:  (843) 216-9000
                                                      Facsimile:  (843) 216-9450
                                                      bnorton@motleyrice.com
                                                      ecwilliams@motleyrice.com

- 3 -

William H. Narwold (D.S.C 73977)
Mathew P. Jasinski (admitted *pro hac vice*)
MOTLEY RICE LLC
27 Church Street, 17th Floor
Hartford, CT  06103
Telephone:  (860) 882-1681
Facsimile:   (860) 882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Thomas R. Ajamie (admitted *pro hac vice*)
David S. Siegel (admitted *pro hac vice*)
John S. Edwards, Jr. (admitted *pro hac vice*)
AJAMIE LLP
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, TX  77002
Telephone:  (713) 860-1600
Facsimile:   (713) 860-1699
tajamie@ajamie.com
dsiegel@ajamie.com
jedwards@ajamie.com

Mark P. Kindall (admitted *pro hac vice*)
Douglas P. Needham (admitted *pro hac vice*)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, Connecticut 06107
Telephone: 860-493-6292
mkindall@ikrlaw.com
dneedham@ikrlaw.com

**ATTORNEYS FOR PLAINTIFF**

- 4 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

            */s/ William S. Norton*
            William S. Norton