IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| ROBERT BERRY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARILY SITUATED, | § § § § | |
| Plaintiff, | § § | Civil Action No. 3:17-cv-00304-JFA |
| VS. | § § § | |
| WELLS FARGO & COMPANY, WELLS FARGO CLEARING SERVICES, LLC, and WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC, and DOES 1 thru 50, | § § § § § § | |
| Defendants. | § § | |

**CLASS COUNSEL'S MOTION FOR AN AWARD OF
ATTORNEYS' FEES, COSTS, AND EXPENSES, AND CASE
CONTRIBUTION AWARD TO CLASS REPRESENTATIVE**

Motley Rice LLC, Ajamie LLP, and Izard, Kindall & Raabe, LLP ("Class Counsel") and Class Representative Robert Berry ("Class Representative") will move this Court on June 15, 2020, at 10:00 a.m., before the Honorable Joseph F. Anderson, Jr. for an entry of an order, under Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure: (1) awarding attorneys' fees to Class Counsel equal to twenty-five percent (25%) of the Settlement Amount; (2) reimbursing Class Counsel's litigation expenses of $390,053 incurred in prosecuting this Litigation; and (3) awarding Class Representative a Case Contribution Award in the amount of $10,000 for his time and service representing the Settlement Class in this Action.

This motion is based on:

(1) the Memorandum of Law in Support of Plaintiff's Counsel's Motion for an Award of Attorneys' Fees, Costs, and Expenses, and Case Contribution Award to Class Representative;

(2) the Joint Declaration of Mathew P. Jasinski, John S. Edwards, Jr., and Douglas P. Needham in Support of Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation and Class Counsel's Motion for an Award of Attorneys' Fees, Costs, and Expenses, and Incentive Award To Plaintiff;

(3) the Declaration of William S. Norton Filed on Behalf of Motley Rice LLC in Support of Application for Award of Attorneys' Fees and Expenses;

(4) the Declaration of Thomas R. Ajamie Filed on Behalf of Ajamie LLP in Support of Application for Award of Attorneys' Fees and Expenses;

(5) the Declaration of Douglas P. Needham in Support of Plaintiff's Motion for Award of Attorneys' Fees and Expenses;

(6) the Declaration of Robert Berry in Support of (1) Plaintiff's Motion for Final Approval of Class Action Settlement; and (2) Class Counsel's Motion for Attorneys' Fees, Costs, and Expenses, and Case Contribution Award to Class Representative;

(7) the Declaration of Abigail Schwartz for Rust Consulting, Inc.;

(8) the Class Action Settlement Agreement; and

(9) all other proceedings herein.

The relief sought herein is included in the [Proposed] Final Approval Order and Judgment attached to Plaintiff's Motion for Final Approval of Class Action Settlement.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.02

Pursuant to Local Rule 7.02, Class Counsel certify that, prior to filing the foregoing motion, they conferred with Defendants' counsel. Defendants consent to the relief sought in the motion. The attached memorandum of law, however, has been prepared solely by Class Counsel.

DATED:  May 1, 2020                           Respectfully submitted,

                By:  */s/ William S. Norton*
                William S. Norton (D.S.C 11343)
                Erin C. Williams (D.S.C. 12282)
                MOTLEY RICE LLC
                28 Bridgeside Boulevard
                Mount Pleasant, SC  29464
                Telephone:  (843) 216-9000
                Facsimile:   (843) 216-9450
                bnorton@motleyrice.com
                ecwilliams@motleyrice.com

                William H. Narwold (D.S.C 73977)
                Mathew P. Jasinski (admitted *pro hac vice*)
                MOTLEY RICE LLC
                27 Church Street, 17th Floor
                Hartford, CT  06103
                Telephone:  (860) 882-1681
                Facsimile:   (860) 882-1682
                bnarwold@motleyrice.com
                mjasinski@motleyrice.com

                Thomas R. Ajamie (admitted *pro hac vice*)
                David S. Siegel (admitted *pro hac vice*)
                John S. Edwards, Jr. (admitted *pro hac vice*)
                AJAMIE LLP
                Pennzoil Place - South Tower
                711 Louisiana, Suite 2150
                Houston, TX  77002
                Telephone:  (713) 860-1600
                Facsimile:   (713) 860-1699
                tajamie@ajamie.com
                dsiegel@ajamie.com
                jedwards@ajamie.com

                Mark P. Kindall (admitted *pro hac vice*)
                Douglas P. Needham (admitted *pro hac vice*)
                IZARD, KINDALL & RAABE, LLP
                29 South Main Street, Suite 305
                West Hartford, Connecticut 06107
                Telephone: 860-493-6292
                mkindall@ikrlaw.com
                dneedham@ikrlaw.com

                **ATTORNEYS FOR PLAINTIFF**

- 4 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 1, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

<em>/s/ William S. Norton</em><br>William S. Norton

- 4 -