# EXHIBIT A

## Wells Fargo & Company
### Account Summary From 03/30/2019 To 06/28/2019

### Performance of Available Investment Options

| Name | Quarter | Year to Date | Year | 3 Years | 5 Years | 10 Years | Since Inception |
|---|---|---|---|---|---|---|---|
| CD - 12 Month Equivalent | 0.3% | 0.6% | 0.8% | | | | |
| State Street NASDAQ 100 Index Fund | 4.2% | 21.8% | 10.1% | 21.5% | 16.1% | 19.2% | |
| International Equity Fund | 2.9% | 14.8% | -1.1% | 8.7% | 2.5% | | 6.0% |
| S&P 500 Index Fund | 4.3% | 18.5% | 10.4% | 14.2% | 10.7% | 14.7% | |
| Emerging Markets Equity Fund | 1.8% | 10.2% | 0.0% | | | | 6.8% |
| Global Bond Fund | 3.3% | 6.6% | 6.1% | | | | 5.6% |
| WF/State Street Target Today CIT | 3.2% | 8.1% | 6.8% | | | | 5.5% |
| WF/State Street Target 2010 CIT | 3.2% | 8.1% | 6.8% | | | | 5.5% |
| WF/State Street Target 2015 CIT | 3.2% | 8.5% | 6.7% | | | | 5.8% |
| WF/State Street Target 2020 CIT | 3.3% | 9.2% | 6.5% | | | | 6.2% |
| WF/State Street Target 2025 CIT | 3.3% | 10.3% | 6.3% | | | | 6.8% |
| WF/State Street Target 2030 CIT | 3.3% | 11.6% | 5.9% | | | | 7.5% |
| WF/State Street Target 2035 CIT | 3.3% | 12.9% | 5.4% | | | | 8.2% |
| WF/State Street Target 2040 CIT | 3.2% | 14.1% | 5.0% | | | | 8.7% |
| WF/State Street Target 2045 CIT | 3.2% | 15.0% | 4.6% | | | | 9.1% |
| WF/State Street Target 2050 CIT | 3.2% | 15.6% | 4.4% | | | | 9.3% |
| WF/State Street Target 2055 CIT | 3.2% | 15.7% | 4.3% | | | | 9.3% |
| WF/State Street Target 2060 CIT | 3.2% | 15.7% | 4.3% | | | | 9.9% |
| State Street International Index Fund | 3.9% | 14.3% | 1.4% | | | | -0.9% |
| State Street S&P Mid Cap Index Fund | 3.0% | 18.0% | 1.4% | | | | 2.0% |
| State Street Russell Small Cap Index Fund | 2.1% | 17.0% | -3.3% | | | | 0.5% |
| State Street U.S. Bond Index Fund | 3.1% | 6.2% | 7.9% | | | | 6.4% |
| Diversified Real Asset Fund | 1.2% | 10.1% | | | | | 6.7% |
| Global ESG Equity Index Fund | 3.6% | 15.6% | | | | | 10.1% |
| Emerging Markets Equity Index Fund | 0.7% | 10.5% | | | | | 11.0% |

xxxxxxx9972   Burns, Scott

## WF Advisors Performance Award & Deferral Plan-PCG

### Summary by Subaccount

| Subaccount | As of 3/29/2019 | | | | | As of 6/28/2019 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Market Value | Contributions | Gain/(Loss) | Distributions | Forfeitures | Market Value | Vested Amt | Vest % |
| Deferred Recruitment Awd:2010:Vest 2020 | $123,500.34 | $0.00 | $4,469.51 | $0.00 | ($127,969.85) | $0.00 | $0.00 | 0.00 |
| Performance Award:2014 | $6,455.78 | $0.00 | $233.66 | $0.00 | ($6,689.44) | $0.00 | $0.00 | 0.00 |
| Performance Award:2016 | $68,300.12 | $0.00 | $2,471.79 | $0.00 | ($70,771.91) | $0.00 | $0.00 | 0.00 |
| Performance Award:2017 | $9,844.06 | $0.00 | $346.26 | $0.00 | ($10,190.32) | $0.00 | $0.00 | 0.00 |
| Performance Award:2018 | $33,991.55 | $0.00 | $1,283.77 | $0.00 | ($35,275.32) | $0.00 | $0.00 | 0.00 |
| **Plan Total** | **$242,091.85** | **$0.00** | **$8,804.99** | **$0.00** | **($250,896.84)** | **$0.00** | **$0.00** | |

### Payout Terms

| Portion of Account | Start Condition | Method | Timing |
| --- | --- | --- | --- |
| Retire or Involuntarily Term. without cause | | | |
| Deferred Recruitment Awd:2010 | If Vesting Requirements Met On or After Separation | Lump Sum | Pay on 04/17/2020 (value as of 02/28/2020) |
| Performance Award:2014 | If Vesting Requirements Met On or After Separation | Lump Sum | Pay on 04/17/2020 (value as of 02/28/2020) |
| Performance Award:2016 | If Vesting Requirements Met On or After Separation | Lump Sum | Pay on 04/15/2022 (value as of 02/28/2022) |
| Performance Award:2017 | If Vesting Requirements Met On or After Separation | Lump Sum | Pay on 04/28/2023 (value as of 02/28/2023) |
| Performance Award:2018 | If Vesting Requirements Met On or After Separation | Lump Sum | Pay on 04/26/2024 (value as of 02/28/2024) |
| While Employed | | | |
| Deferred Recruitment Awd:2010 | Upon Full Vesting | Lump Sum | Pay on 04/17/2020 (value as of 02/28/2020) |
| Performance Award:2014 | Upon Full Vesting | Lump Sum | Pay on 04/17/2020 (value as of 02/28/2020) |
| Performance Award:2016 | Upon Full Vesting | Lump Sum | Pay on 04/15/2022 (value as of 02/28/2022) |
| Performance Award:2017 | Upon Full Vesting | Lump Sum | Pay on 04/28/2023 (value as of 02/28/2023) |
| Performance Award:2018 | Upon Full Vesting | Lump Sum | Pay on 04/26/2024 (value as of 02/28/2024) |

### Summary by Investment

| Investment | As of 3/29/2019 | Contributions | Transfers/ Realignments | Gain/(Loss) | Distributions | Forfeitures | As of 6/28/2019 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Market Value | | | | | | Market Value |
| Emerging Markets Equity Fund | $35,106.47 | $0.00 | $0.00 | $463.15 | $0.00 | ($35,589.62) | $0.00 |
| S&P 500 Index Fund | $82,233.84 | $0.00 | $0.00 | $2,698.85 | $0.00 | ($84,932.69) | $0.00 |
| State Street NASDAQ 100 Index Fund | $92,119.88 | $0.00 | $0.00 | $4,685.71 | $0.00 | ($96,805.59) | $0.00 |
| State Street S&P Mid Cap Index Fund | $32,631.66 | $0.00 | $0.00 | $937.28 | $0.00 | ($33,568.94) | $0.00 |
| **Plan Total** | **$242,091.85** | **$0.00** | **$0.00** | **$8,804.99** | **$0.00** | **($250,896.84)** | **$0.00** |

### Deferral Investment Allocation

| | Performance Award |
| --- | --- |
| CD - 12 Month Equivalent | 100% |

xxxxxx9972   Burns, Scott                                                                                                                         Page   2