IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| ROBERT BERRY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiff, | § § | Civil Action No. No. 3:17-cv-00304-JFA |
| VS. | § § § | |
| WELLS FARGO & COMPANY, WELLS FARGO CLEARING SERVICES, LLC, and WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC, and DOES 1 thru 50, | § § § § § § | |
| Defendants. | § § | |

**JOINT MOTION TO EXTEND TIME TO FILE RESPONSES
TO OBJECTIONS TO CLASS ACTION SETTLEMENT**

Plaintiff Robert F. Berry ("Plaintiff") and Defendants Wells Fargo & Company, Wells Fargo Clearing Services, LLC f/k/a Wells Fargo Advisors, LLC, and Wells Fargo Advisors Financial Network, LLC (together, the "Parties") jointly move the Court to extend the deadline for their responses to the Objections to the Class Action Settlement by fourteen days from June 8, 2020 to June 22, 2020. In support of this request, the Parties state as follows:

1. On May 13, 2020, Vicky L. Bayley ("Bayley") filed a response in opposition to Plaintiff's Motion for Final Approval of the Class Action settlement, setting forth her objections to the proposed settlement. (ECF No. 119.) Additional objections were served on May 14, 2020

64178834v.1

by a group of five individual who labeled themselves the Stoltmann Objectors, followed by two more filed on May 15, 2020 by Dean Zack (ECF No. 143) and Scott D. Burns (ECF No. 144).[1]

2.     At the time these objections were filed and/or served, the Fairness Hearing was set for June 15, 2020, and any responses to the objections were due June 8, 2020. (ECF No. 118 at ¶¶ 4, 13.)

3.     Following a hearing held June 1, 2020, the Court rescheduled the Fairness Hearing for July 13, 2020. (ECF No. 158.)

4.     At the June 1, 2020 hearing, the Court raised several additional issues that it would like the Parties to address. Therefore, the Parties require additional time to evaluate and determine their response to the Objections and the additional issues raised by the Court.

5.     This request is made in good faith and not for the purpose of unwarranted delay or any other improper purpose. The Parties do not believe that this extension, if granted, would affect any other case deadlines.

6.     For these reasons, the Parties jointly request that the Court entered the proposed schedule: any response to Objections to the Class Action Settlement shall be filed with the Court and served on opposing counsel by **June 22, 2020.**

Accordingly, the Parties respectfully request that the Court extend the deadline for their responses to Objections to the Class Action Settlement.

DATED: June 2, 2020

                                          Respectfully submitted,

By: */s/ William S. Norton*                  By: */s/ Adam N. Yount*
                                            Adam N. Yount (10313)
   William S. Norton (D.S.C 11343)        Robert Y. Knowlton
   Erin C. Williams (D.S.C. 12282)          Pierce T. MacLennan

---

[1] Burns has since withdrawn his objection. (ECF No. 145.) Another class member, Jerry Cross, served an objection to Class Counsel's request for attorneys' fees, but has not otherwise challenged the settlement.

64178834v.1

3

MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
bnorton@motleyrice.com
ecwilliams@motleyrice.com

William H. Narwold (D.S.C 73977)
Mathew P. Jasinski (*pro hac vice*)
MOTLEY RICE LLC
27 Church Street, 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1681
Facsimile: (860) 882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com
Thomas R. Ajamie (*pro hac vice*)
David S. Siegel (*pro hac vice*)
John S. Edwards, Jr. (*pro hac vice*)
AJAMIE LLP
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
tajamie@ajamie.com
dsiegel@ajamie.com
jedwards@ajamie.com

Mark P. Kindall (*pro hac vice*)
Douglas P. Needham (*pro hac vice*)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, Connecticut 06107
Telephone: 860-493-6292
mkindall@ikrlaw.com
dneedham@ikrlaw.com

**ATTORNEYS FOR PLAINTIFF**

HAYNSWORTH SINKLER BOYD, P.A.
134 Meeting Street, Third Floor
P.O. Box 340
Charleston, SC  29402-0340
Telephone: (843) 722-3366
Facsimile:  (843) 722-2266
ayount@hsblawfirm.com
bknowlton@hsblawfirm.com
pmaclennan@hsblawfirm.com

Frederick T. Smith (*pro hac vice*)
SEYFARTH SHAW LLP
1075 Peachtree Street N.E., Suite 2500
Atlanta, GA 30309
Telephone: (404) 888-1021
Facsimile:  (404) 892-7056
fsmith@seyfarth.com

Amanda A. Sonneborn (*pro hac vice*)
Samuel Schwartz-Fenwick (*pro hac vice*)
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000
Facsimile:  (312) 460-7000
asonneborn@seyfarth.com
sschwartz-fenwick@seyfarth.com

**ATTORNEYS FOR DEFENDANTS**