IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Robert Berry, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Wells Fargo & Company, Wells Fargo Clearing Services, LLC, Wells Fargo Advisors Financial Network, LLC, and Does 1-50,<br><br>Defendants. | C/A No. 3:17-cv-00304-JFA<br><br><br>**ORDER** |

This matter is currently before the Court on Vicki L. Bayley's ("Bayley") motion to intervene. (ECF No. 119). On March 5, 2020, Bayley filed this instant motion, and on April 16, 2020, Plaintiff Robert Berry and Defendant Wells Fargo filed responses in opposition. (ECF No. 131 & 132). On April 23, 2020, Bayley filed a reply. (ECF No. 134). On June 1, 2020, this Court conducted a telephonic hearing on the instant motion and heard oral arguments from all parties.

For the reasons stated in open court, the Court denies Bayley's motion to intervene. To clarify, the Court finds that the arguments raised, and relief sought in the instant motion are more properly suited as an objection. The Court notes that the substance of the instant motion is repeated nearly verbatim in Bayley's previously filed objection to Plaintiff's motion for final approval of this class action settlement. (ECF No. 139).

At the fairness hearing rescheduled for July 13, 2020, the Court will consider Bayley's arguments on the merits.[1] The parties are instructed to respond to Bayley's objection to the

---

[1] Plaintiff may provide notice of the rescheduled fairness hearing to the class members in a manner consistent with the means used to disseminate the original notice.

settlement by June 22, 2020, and any reply shall be due seven (7) days thereafter.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

June 2, 2020                                    Joseph F. Anderson, Jr.
Columbia, South Carolina              United States District Judge